# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDANIEL,<br><br>        Petitioner,<br><br>   v.<br><br>I.D. CLAY, Warden,<br><br>        Respondent. | 1:09-01809 AWI MJS HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR JUDICIAL NOTICE IN PART<br><br>[Doc. 5] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 5, 2009, Petitioner filed a motion requesting this Court take judicial notice of several facts, including, but not limited to, the penalty schemes created by California Penal Code Section 2932 and California Code of Regulations, title 15, sections 3005 and 3323. Petitioner further requests judicial notice of the policy and procedures of the California Department of Corrections, and of the underlying facts regarding the disciplinary hearing which is the subject of the underlying petition. Respondent did not file an opposition in response to Petitioner's motion.

"A court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases." United States v. Wilson, 631 F.2d 118, 119 (9th Cir.1980). Federal Rule of Evidence Section 201(b) permits judicial notice of a fact that is "not

1  subject to reasonable dispute in that it is either (1) generally known within the territorial
2  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to
3  sources whose accuracy cannot reasonably be questioned."

4  To the extent that Petitioner requests the Court to take judicial notice of the unwritten
5  procedures of the Department of Corrections, or the underlying facts of the petition, this
6  request is improper. As noted above, the Court may not take judicial notice of a fact that is
7  subject to reasonable dispute. Fed. R. Evid. § 201(b). The informal policies and procedures
8  of the Department of Corrections and the underlying facts of Petitioner's case are not
9  "generally known" or "capable of accurate and ready determination." Id. However, to the extent
10 that Petitioner describes any regulations, statutes, or cases in the motion for judicial notice,
11 the Court shall take notice of the fact of such regulations, statutes, and cases.

12 Accordingly, it is hereby ordered that Petitioner's motion for judicial notice is GRANTED
13 in part. The Court hereby TAKES judicial notice of the fact of the regulations, statutes, and
14 cases referenced by Petitioner in the motion for judicial notice. The Court declines to take
15 judicial notice of the informal policies and procedures of the Department of Corrections or of
16 the underlying facts of Petitioner's case described in the motion.

20 IT IS SO ORDERED.
21 Dated:   September 7, 2010          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE